## SELLMAN v. STATE.

### No. 22500.

Court of Criminal Appeals of Texas.

May 12, 1943.

C. F. Sentell, of Snyder, for appellant.

Spurgeon E. Bell, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for selling whiskey in a "dry area", punishment being a fine of one hundred dollars.

The record contains neither statement of facts nor bills of exception. In such condition nothing is presented for review.

The judgment is affirmed.